175 So.2d 302

**Mildred Chapman JONES et al.**

v.

**The EQUITABLE LIFE ASSURANCE SO-CIETY OF the UNITED STATES et al.**

**No. 47766.**

June 7, 1965.

In re: Mrs. Mildred Chapman Jones et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 173 So.2d 373.

The application is denied. There appears no error of law according to the facts of this case.

■

175 So.2d 302

**Rosa Lee Thomas GREEN and Alfred Green**

v.

**George F. ACOSTA et al.**

**No. 47773.**

June 7, 1965.

In re: Rosa Lee Thomas Green and Alfred Green applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 173 So.2d 291.

The application is denied. Only a question of facts involved in this case, and according to the facts as found to be by the Court of Appeal, the judgment complained is correct.